NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1133

JORGE TAYLOR,

Plaintiff-Appellant,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York, in 08-CV-8634, Senior Judge Harold Baer, Jr.

ON MOTION

ORDER

Jorge Taylor moves for leave to proceed in forma pauperis.

The court notes that Taylor's appeal was dismissed on January 29, 2009 for failure to pay the fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     The mandate will be recalled, the dismissal order will be vacated, and the case will be reinstated, if Taylor files a completed Fed. Cir. R. 15(c) statement concerning discrimination (form enclosed) within 21 days of the date of filing of this order.

(3)   The appellee should calculate its brief due date from the date of reinstatement of this appeal, if applicable.

FOR THE COURT

MAR 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2009

JAN HORBALY
CLERK

cc:   Jorge Taylor (Fed. Cir. R. 15(c) form enclosed)
      Raymond T. Chen, Esq.

s20